**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00260-CR**
**NO. 09-25-00261-CR**
_____

**JOSHUA AARON TROXELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause Nos. 26284 and 26282**
_____

**MEMORANDUM OPINION**

On June 4, 2025, the trial court sentenced Joshua Aaron Troxell in Trial Cause Number 26284 on a conviction for enhanced theft of material and in Trial Cause Number 26282 on a conviction for criminal mischief. In each case, the trial court signed a certification in which the trial court certified that this is a plea-bargain case and the defendant has no right of appeal, and that the defendant waived the right of appeal. On July 1, 2025, Troxell filed a notice of appeal for Trial Cause Number

1

26284 and on July 7, 2025, Troxell filed a notice of appeal for Trial Cause Number 26282.

On July 15, 2025, we notified the parties that we would dismiss the appeals unless the appellant established that the certifications were incorrect. None of the parties responded to the Court's notices. Because the record in each case lacks a certification stating that Troxell has the right to appeal, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on August 19, 2025
Opinion Delivered August 20, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.